IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**HENRY LEE CRAIG, #76582**                                                **PLAINTIFF**

**v.**                                                                  **CIVIL NO. 1:16-cv-375-HSO-JCG**

**ANTHONY LAWRENCE, III.,**
**ANGEL MEYERS, BOBBY KNOCHEL,**
**and KATHY KING JACKSON**                                  **DEFENDANTS**

## FINAL JUDGMENT

This matter is before the Court sua sponte. The Court, after a full review and consideration of the record in this case and relevant legal authority, finds that in accordance with its Memorandum Opinion and Order entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915 (e)(2)(B).

**IT IS, FURTHER, ORDERED AND ADJUDGED** that any habeas corpus claims asserted in this civil action are **DISMISSED WITHOUT PREJUDICE** to Plaintiff's pursuit of these claims in his pending habeas corpus case, *Craig v. MDOC*, Civil No. 1:16-cv-371-LG-FKB (S.D. Miss.).

**IT IS, FURTHER, ORDERED AND ADJUDGED** that this dismissal will count as a "strike" in accordance with the Prison Litigation Reform Act. *See* 28 U.S.C. § 1915 (g).

**SO ORDERED AND ADJUDGED**, this the 20th day of January, 2017.

*s/ Halil Suleyman Ozerden*

                HALIL SULEYMAN OZERDEN  
                UNITED STATES DISTRICT JUDGE